IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CRUZ LANIER GRAY, )
)
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 5:18-CV-330 (MTT)
)
LUMPKEN, *et al.*, )
)
)
Defendants. )
_____)

## ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Charles H. Weigle allowed the Plaintiff's Eighth Amendment claims for deliberate indifference to serious medical needs against Defendants Lumpken, Speight, and Michael to proceed for further factual development. Doc. 13 at 6-7. The Magistrate Judge recommends dismissing without prejudice the Plaintiff's claims against Warden Bobbit and the unidentified defendants. *Id.* at 8-9. The Magistrate Judge also recommends denying the Plaintiff's two motions for a preliminary injunction. *Id.* at 9-10. The Plaintiff has not objected to the Recommendation, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 13) is **ADOPTED** and made the Order of the Court. Accordingly, the Plaintiff's claims against Warden Bobbit and the unidentified defendants are **DISMISSED without prejudice**, and the Plaintiff's two motions for a preliminary injunction (Docs. 10; 12) are **DENIED**.

The only remaining claims in this lawsuit are the deliberate indifference claims against Defendants Lumpken, Speight, and Michael.

**SO ORDERED**, this 9th day of April, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
